UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ALICIA S. OWENS | ) | |
| | ) | |
| v. | ) | NO.2:12-CV-319 |
| | ) | |
| CAROLYN W. COLVIN | ) | |

O R D E R

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated May 6, 2013. [Doc.18]. No objections have been filed. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED,** and the motion for attorney fees filed by Plaintiff's counsel under the Equal Access to Justice Act is **GRANTED.** [Doc. 14]

Accordingly, the sum of $1,025.00 in attorney fees is awarded to Plaintiff's counsel, Gregory R. Herrell, Esquire, along with costs in the amount of $17.85. If the United States Department of the Treasury determines Plaintiff does not owe a federal debt, the Commissioner will accept Plaintiff's assignment of EAJA fees and pay any EAJA award directly to Plaintiff's attorney.

    ENTER:

                                                  s/J. RONNIE GREER
                                            UNITED STATES DISTRICT JUDGE